UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  07-21138-CIV-ZLOCH

UNITED STATES OF AMERICA,

      Plaintiff,

vs.                                              **ORDER ENTERING DEFAULT**

ORCEN MARBLE AND GRANITE
CORP. and MARTHA GAITAN,
as Personal Representative
for the Estate of Guillermo
Ortiz,

      Defendants.
                                       /

      THIS MATTER is before the Court sua sponte.  The Court has carefully reviewed the entire court file and is otherwise fully advised in the premises.

      By prior Order (DE 15), the Court ordered Defendant Orcen Marble and Granite Corp. to obtain counsel by noon on Monday, July 28, 2008, and file a Notice Of Appearance reflecting the same.  The Court notes that it is a well-settled principle of law that a corporation cannot appear _pro_ _se_ and must be represented by counsel.  Palazzo v. Gulf Oil Corp., 764 F.2d 1381, 1385 (11th Cir. 1985).  As of the date of this Order, no attorney has file a Notice Of Appearance on behalf of Defendant Orcen Marble and Granite Corp.

      Accordingly, after due consideration, it is

      **ORDERED AND ADJUDGED** as follows:

      1. Default be and the same is hereby **ENTERED** against Defendant Orcen Marble and Granite Corp., and Default Final Judgment shall be entered by separate Order of the Court;

2. On or before <u>noon</u> on <u>Friday, August 8, 2008</u>, Plaintiff United States of America shall submit a Motion For Final Judgment By Default, with supporting affidavits, together with a proposed Default Final Judgment as to Defendant Orcen Marble and Granite Corp.; and

3. Upon failure of Plaintiff to comply with the terms and conditions of this Order, the Court may dismiss the above-styled cause without prejudice without further notice or hearing.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this   31st   day of July, 2008.

_____
WILLIAM J. ZLOCH
United States District Judge

Copies furnished:

All Parties and Counsel of Record