```
                    UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF FLORIDA

                    CASE NO.  07-21138-CIV-ZLOCH
```

UNITED STATES OF AMERICA,

      Plaintiff,

                                  **DEFAULT FINAL JUDGMENT<br>          AS TO DEFENDANT<br>ORCEN MARBLE AND GRANITE CORP.**

vs.

ORCEN MARBLE AND GRANITE
CORP. and MARTHA GAITAN,
as Personal Representative
for the Estate of Guillermo
Ortiz,

      Defendants.
_____/

    THIS MATTER is before the Court upon Plaintiff United States of America's Motion For Final Judgment By Default (DE 18).  The Court has carefully reviewed said Motion and the entire court file and is otherwise fully advised in the premises.

    By prior Order (DE 15), the Court ordered Defendant Orcen Marble and Granite Corp. to obtain counsel by noon on Monday, July 28, 2008, and file a Notice Of Appearance reflecting the same.  The Court notes that it is a well-settled principle of law that a corporation cannot appear <u>pro se</u> and must be represented by counsel. <u>Palazzo v. Gulf Oil Corp.</u>, 764 F.2d 1381, 1385 (11th Cir. 1985).  As of the date of this Order, no attorney has file a Notice Of Appearance on behalf of Defendant Orcen Marble and Granite Corp.  Therefore, all facts alleged in Plaintiff's Complaint are deemed

admitted by Defendant Orcen Marble and Granite Corp.

Accordingly, after due consideration, it is

**ORDERED AND ADJUDGED** as follows:

1. Default Judgment be and the same is hereby **ENTERED** in favor of Plaintiff United States of America and against Defendant Orcen Marble and Granite Corp.; and

2. Defendant Orcen Marble and Granite Corp. is indebted to the United States for unpaid federal employment tax liabilities for the tax periods ending September 30, 1998 through December 31, 2000, plus interest, fees, and statutory additions in the amount of $280,377.13.  This sum is calculated as of July 3, 2008.  Further, Defendant is liable for all interest under 26 U.S.C. § 6621 and statutory additions according to law that accrue from July 3, 2008, until the judgment is paid.  For all of which let execution issue.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this ___12th___ day of August, 2008.

```
                              /s/ William J. Zloch
                              WILLIAM J. ZLOCH
                              United States District Judge
```

Copies furnished:

All Parties and Counsel of Record