```
                    UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF FLORIDA

                    CASE NO. 07-21138-CIV-ZLOCH
```

UNITED STATES OF AMERICA,

      Plaintiff,

vs.                                        **FINAL ORDER OF DISMISSAL**

ORCEN MARBLE AND GRANITE
CORP. et al.,

      Defendants.

_____/

      THIS MATTER is before the Court sua sponte.  The Court has carefully reviewed the entire court file herein and is otherwise fully advised in the premises.

      By prior Order (DE 10) the Court set Pre-Trial Conference for September 12, 2008 and ordered the Parties to file a Pre-trial Stipulation or Unilateral Pre-trial Catalog by August 29, 2008. The Court warned that "**FAILURE TO COMPLY WITH THIS PROVISION SHALL RESULT IN THE CASE BEING DISMISSED WITHOUT PREJUDICE.**"  DE 10, p. 2 (emphasis in original).

      No request or Motion For Continuance of the Pre-Trial Conference has been filed, no request or Motion For Extension Of Time Within Which To File Pre-Trial Stipulation has been filed, and no Unilateral Pre-Trial Catalog has been filed by the Plaintiff as of August 29, 2008, as required by this Court's Order For Pre-Trial Conference (DE 10).

      Accordingly, after due consideration, it is

      **ORDERED AND ADJUDGED** as follows:

      1. The above-styled cause be and the same is hereby **DISMISSED**, without prejudice, for Plaintiff's failure to comply with the Order

of this Court and for Plaintiff's failure to comply with Local Rule 16.1; and

    2. To the extent not otherwise disposed of herein, all pending motions are hereby **DENIED** as moot.

    **DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this     2nd     day of September, 2008.

_____
WILLIAM J. ZLOCH
United States District Judge

Copies furnished:

All Parties and Counsel of Record